## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY CHANCELLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV-09-375-FHS-SPS |
| ) | |
| HUGO DISTRICT COURT and CHOCTAW COUNTY, ) | |
| OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The court has reviewed the Amended Complaint submitted by the plaintiff and has determined this case must be dismissed for failure to submit a legible complaint. The court is unable to determine the claims and proper parties. Thus, the court cannot rule on the merits of the claim. Accordingly, the court dismisses the case without prejudice to refiling.

IT IS SO ORDERED this 30th day of October, 2009.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma

1